UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN BUSHANSKY, On Behalf of Himself and All Others Similarly Situated, | § § § | |
| Plaintiff, | § § § | Civil Action No. _4:18-cv-3430_____ |
| v. | § § | **JURY TRIAL DEMANDED** |
| GREEN BANCORP, INC., MANUEL J. MEHOS, WILLIAM D. ELLIS, STEPHEN EISENSTEIN, STEVEN D. LERNER, SCOTT SCHAEN, STEFANIE L. SHELLEY, ALAN M. SILBERSTEIN, ROBERT B.B. SMITH, and DEREK L. WEISS, | § § § § § § § § | |
| Defendants. | § § | |

CLASS ACTION COMPLAINT FOR
VIOLATION OF THE FEDERAL SECURITIES LAWS

Plaintiff Stephen Bushansky ("Plaintiff"), by his undersigned attorneys, for this complaint against defendants, alleges upon personal knowledge with respect to himself, and upon information and belief based upon, *inter alia*, the investigation of counsel as to all other allegations herein, as follows:

**NATURE OF THE ACTION**

1.     This is a stockholder class action brought by Plaintiff on behalf of himself and all other public stockholders of Green Bancorp, Inc. ("Green" or the "Company") against Green and the members of Green's Board of Directors (the "Board" or the "Individual Defendants"), for their violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78n(a), and U.S. Securities and Exchange Commission ("SEC") Rule 14a-9, 17 C.F.R. § 240.14a-9, and to enjoin the vote on a proposed transaction, pursuant to which Green

will be acquired by Veritex Holdings, Inc. ("Veritex") (the "Proposed Transaction").

2.     On July 24, 2018, Green and Veritex issued a joint press release announcing they had entered into an Agreement and Plan of Merger dated July 23, 2018 ("Merger Agreement"). Pursuant to the terms of the Merger Agreement, each share of Green common stock issued and outstanding immediately prior to the effective time of the merger will be converted into the right to receive 0.79 shares of Veritex common stock (the "Merger Consideration").

3.     In an attempt to secure stockholder support for the Proposed Transaction, on August 13, 2018, Veritex filed a Registration Statement on Form S-4 with the SEC containing a joint proxy statement/prospectus (the "Registration Statement") in connection with the Proposed Transaction. The Registration Statement, which recommends that Green stockholders vote in favor of the Proposed Transaction, omits or misrepresents material information concerning, among other things: (i) the Company's and Veritex's financial projections, relied upon by Green's financial advisor, Goldman Sachs & Co. LLC ("Goldman"), in its financial analyses; and (ii) the valuation analyses prepared by Goldman in connection with the rendering of its fairness opinion.  The failure to adequately disclose such material information constitutes a violation of the above-referenced sections of the Exchange Act, as Green stockholders need such information to cast a fully-informed vote in connection with the Proposed Transaction.

4.     In short, unless remedied, Green's public stockholders will be forced to make a voting decision on the Proposed Transaction without full disclosure of all material information concerning the Proposed Transaction being provided to them.  Plaintiff seeks to enjoin the stockholder vote on the Proposed Transaction, unless and until such Exchange Act violations are cured.

## JURISDICTION AND VENUE

5.      This Court has jurisdiction over the claims asserted herein for violations of Sections 14(a) and 20(a) of the Exchange Act and SEC Rule 14a-9 promulgated thereunder pursuant to Section 27 of the Exchange Act, 15 U.S.C. § 78aa, and 28 U.S.C. § 1331 (federal question jurisdiction).

6.      This Court has jurisdiction over the defendants because each defendant is either a corporation that conducts business in and maintains operations within this District, or is an individual with sufficient minimum contacts with this District so as to make the exercise of jurisdiction by this Court permissible under traditional notions of fair play and substantial justice.

7.      Venue is proper in this District pursuant to 28 U.S.C. § 1391 because Plaintiff's claims arose in this District, where a substantial portion of the actionable conduct took place, where most of the documents are electronically stored, and where the evidence exists.  Green is headquartered in this District.  Moreover, each of the Individual Defendants, as Company officers or directors, either resides in this District or has extensive contacts within this District.

## PARTIES

8.      Plaintiff is, and has been at all times relevant hereto, a continuous stockholder of Green.

9.      Green is a Texas corporation with its principal executive offices located at 4000 Greenbriar, Houston, Texas 77098.  Green is a bank holding company that operates Green Bank, N.A. ("Green Bank") primarily in the Houston and Dallas metropolitan areas.  Commercial-focused, Green Bank is a nationally chartered bank regulated by the Office of the Comptroller of the Currency, a division of the Department of the Treasury of the United States.  The Company's common stock is traded on the NASDAQ Global Market under the ticker symbol "GNBC."

10.     Defendant Manuel J. Mehos ("Mehos") founded the Company in 2004 and is the Chairman, President and Chief Executive Officer ("CEO") of the Company and Chairman of Green Bank.

11.     Defendant William D. Ellis ("Ellis") has served as Vice Chairman of the Board, Vice Chairman of the board of directors of Green Bank, and as a director of the Company since 2015.

12.     Defendant Stephen Eisenstein ("Eisenstein") has served as a director of the Company since 2010.

13.     Defendant Steven D. Lerner ("Lerner") has served as a director of the Company since 2006.

14.     Defendant Scott Schaen ("Schaen") has served as a director of the Company since 2015.

15.     Defendant Stefanie L. Shelley ("Shelley") has served as a director of the Company since 2010.

16.     Defendant Alan M. Silberstein ("Silberstein") has served as a director of the Company since 2010.

17.     Defendant Robert B. B. Smith ("Smith") has served as a director of the Company since 2006.

18.     Defendant Derek L. Weiss ("Weiss") has served as a director of the Company since 2017.

19.     Defendants referenced in paragraphs 10 to 18 are collectively referred to herein as the "Board" or the "Individual Defendants."

## OTHER RELEVANT ENTITIES

20.     Veritex, a Texas corporation, is a bank holding company that conducts banking activities through its wholly-owned subsidiary, Veritex Community Bank, with locations throughout the Dallas-Fort Worth metroplex and in the Houston metropolitan area.   Veritex Community Bank is a Texas state chartered bank regulated by the Texas Department of Banking and the Board of Governors of the Federal Reserve System.   Veritex's common stock is traded on the NASDAQ Global Market under the ticker symbol "VBTX."

## CLASS ACTION ALLEGATIONS

21.     Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of all persons and entities that own Green common stock (the "Class").   Excluded from the Class are defendants and their affiliates, immediate families, legal representatives, heirs, successors or assigns and any entity in which defendants have or had a controlling interest.

22.     Plaintiff's claims are properly maintainable as a class action under Rule 23 of the Federal Rules of Civil Procedure.

23.     The Class is so numerous that joinder of all members is impracticable.   While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through discovery, Plaintiff believes that there are thousands of members in the Class.   As of August 27, 2018, there were 37,545,688 common shares of Green outstanding.   All members of the Class may be identified from records maintained by Green or its transfer agent and may be notified of the pendency of this action by mail, using forms of notice similar to that customarily used in securities class actions.

24.     Questions of law and fact are common to the Class and predominate over questions

Case 4:18-cv-03430   Document 1   Filed in TXSD on 09/25/18   Page 6 of 25

affecting any individual Class member, including, *inter alia*:

       (a)    Whether defendants have violated Section 14(a) of the Exchange Act and Rule 14a-9 promulgated thereunder;

       (b)    Whether the Individual Defendants have violated Section 20(a) of the Exchange Act; and

       (c)    Whether Plaintiff and the other members of the Class would suffer irreparable injury were the Proposed Transaction consummated.

25.    Plaintiff will fairly and adequately protect the interests of the Class, and has no interests contrary to or in conflict with those of the Class that Plaintiff seeks to represent.  Plaintiff has retained competent counsel experienced in litigation of this nature.

26.    A class action is superior to all other available methods for the fair and efficient adjudication of this controversy.  Plaintiff knows of no difficulty to be encountered in the management of this action that would preclude its maintenance as a class action.

27.    Defendants have acted, or refused to act, on grounds generally applicable to the Class as a whole, and are causing injury to the entire Class.  Therefore, final injunctive relief on behalf of the Class is appropriate.

## SUBSTANTIVE ALLEGATIONS

### Company Background and Strong Financial Outlook

28.    Green is a Texas-focused bank holding company headquartered in Houston, Texas. Its wholly owned subsidiary, Green Bank, a nationally chartered commercial bank, provides commercial and private banking services primarily to Texas based customers through twenty-two full service branches in the Houston and Dallas metropolitan statistical areas ("MSAs") and other markets.  The Houston and Dallas MSAs are the Company's target markets.  With their growing economies and attractive demographics, together with the Company's scalable platform, the

Houston and Dallas MSAs provide Green with opportunities for long-term and sustainable growth. As of December 31, 2017, Green had consolidated total assets of $4.3 billion, total loans held for investment of $3.2 billion (of which $2.7 billion were originated by Green and $514.0 million were acquired), total deposits of $3.4 billion and total shareholders' equity of $463.8 million.

29.     On April 26, 2018, Green announced a quarterly cash dividend of $0.10 per share, the first common stock dividend the Company declared and reflecting the strength of its performance over the last year, the higher level of organic capital generation that resulted from the lower effective tax rates in the 2017 Tax Cuts and Jobs Act and the Company's view of its risk profile and earnings expectations.

30.     Also, on April 26, 2018, the Company announced its first quarter 2018 financial results.  For the quarter, Green reported pre-tax, pre-provision operating earnings for the first quarter of $21.7 million, up 8% annualized from the $21.3 million that the Company reported in the fourth quarter of 2017.  The Company also reported the following highlights:

**2018 First Quarter Significant Items (GAAP)**

- **First quarter 2018 net income totaled $9.4 million, or $0.25 per diluted common share**

- **First quarter 2018 efficiency ratio was 50.81%**

- **First quarter 2018 net interest margin expanded 23 bps to 3.87% from 3.64% during fourth quarter 2017**

- **Noninterest-bearing deposits increased $46.1 million during Q1 2018 and now comprise 24.6% of total deposits**

**2018 First Quarter Significant Items (Non-GAAP)**

- **First quarter 2018 net operating earnings totaled $9.7 million, or $0.26 per diluted share**

- **First quarter 2018 operating efficiency ratio was 49.90%**

- **Pre-tax, pre-provision operating return on average assets (annualized) was 2.10% for Q1 2018, representing the 4th consecutive quarter over 2.00%**

In the press release, Defendant Mehos commented on the successful quarter, stating:

> We reported pre-tax, pre-provision operating earnings for the first quarter of $21.7 million, up 8% annualized from the $21.3 million that we reported in the fourth quarter of 2017, which demonstrates the core earnings power of the Bank. While our provision expense was elevated this quarter primarily related to a healthcare credit that moved to nonaccrual, we are confident that our credit profile is stable, our problem loans are isolated, and our NPA trends are expected to show meaningful improvement. Given the confidence in our outlook, our Board of Directors has determined that it is in the best interest of the Company and our shareholders to initiate a regular quarterly cash dividend of $0.10 per share to be paid in May. We believe this decision reflects the Bank's improved financial performance that we have experienced over the last year which we expect to continue.

31.    On July 23, 2018, Green announced another quarterly cash dividend of $0.10 per share.

32.    On July 24, 2018, the Company announced its second quarter 2018 financial results. For the quarter, Green reported net income of $16.4 million, an increase of 27.3% from the second quarter 2017 and net operating earnings totaling 416.6 million, or $0.44 per diluted share.  The Company also reported the following highlights:

**2018 Second Quarter Significant Items (GAAP)**

- **Second quarter 2018 net income totaled $16.4 million, an increase of 27.3% from the second quarter 2017**

- **Diluted earnings per common share were $0.44 for the second quarter 2018**

- **Annualized return on average assets was 1.54% during the second quarter 2018**

- **Second quarter 2018 efficiency ratio was 50.05%**

- **Second quarter 2018 net interest margin expanded 7 bps to 3.94% from 3.87% during first quarter 2018**

- **Nonperforming assets to total assets declined 64 bps to 1.36% at June 30, 2018**

- **Total loans increased $83.3 million during second quarter 2018, an annualized rate of 10.6%; annualized loan production increased 69.2% from the second quarter of 2017 to $1.5 billion.**

**2018 Second Quarter Significant Items (Non-GAAP)**

- **Second quarter 2018 net operating earnings totaled $16.6 million, or $0.44 per diluted share**

- **Annualized return on average tangible common equity totaled 17.65% during the second quarter 2018**

- **Second quarter 2018 operating efficiency ratio was 49.45%, representing the 5th consecutive quarter below 50.0%**

In the press release, Geoff Greenwade, President of Green and CEO of Green Bank commented

on the Company's financial success, stating:

> I am pleased with our results this quarter as we improved the asset quality of the Bank, delivered strong loan growth, and experienced solid margin expansion despite increasing competition. Of note, nonperforming assets decreased to 1.36% of period end total assets in the second quarter as compared with 2.00% in the first quarter. The decrease was broad based as we experienced reductions in all categories of nonperforming loans. Total loans grew 10.6% annualized from the first quarter as we continue to benefit from the robust economic growth in our primary markets of Houston, Dallas-Fort Worth, and Austin as well as a return to growth of our Commercial Real Estate portfolio which we believe is sustainable. Lastly, our net interest margin increased 7 basis points to 3.94% as compared to the first quarter.

**<u>The Sale Process</u>**

33.     In connection with its ongoing review of strategic options, Green retained Goldman

in May 2017 to serve as its financial advisor to, among other things, help it explore strategic

alternatives.  In connection with its review of strategic options, at the request of Green, Goldman

contacted several potential transaction partners, including Veritex, but such discussions did not

progress beyond an introductory phase.

34.     On May 1, 2018, defendant Mehos, Greenwade, and C. Malcolm Holland III ("Holland"), Chairman and CEO of Veritex, met in Houston, Texas, and discussed in general terms the merits of a potential transaction between Green and Veritex, and decided it was worth continuing a dialogue to explore a potential combination of Green and Veritex.

35.     On May 2, 2018, Veritex and Green entered into a mutual confidentiality agreement.  Both Veritex and Green then began to provide each other with preliminary business and financial information to assist the other in evaluating a potential Green-Veritex combination.

36.     Thereafter, the Company only engaged in merger talks with Veritex and did not reach out to any other parties to gauge their interest in a merger.

37.     After negotiations, on June 8, 2018, Holland proposed terms of Veritex's non-binding term sheet to defendant Mehos, which included an exchange ratio of 0.79 shares of Veritex common stock for each share of Green common stock.  Holland communicated to defendant Mehos that this was a best and final offer.

38.     On July 23, 2018, the Board met and considered the Proposed Transaction with Veritex and Goldman rendered its fairness opinion.  The Board approved the Merger Agreement and the Proposed Transaction.  The parties subsequently executed the Merger Agreement.

**The Proposed Transaction**

39.     On July 24, 2018,  Green and Veritex issued a joint press release announcing the Proposed Transaction, which stated in relevant part:

> DALLAS AND HOUSTON, July 24, 2018 -- Veritex Holdings, Inc. (NASDAQ:VBTX) ("Veritex"), the parent holding company for Veritex Community Bank, and Green Bancorp, Inc. (NASDAQ:GNBC) ("Green"), the parent holding company for Green Bank, N.A., jointly announced today the entry into a definitive agreement pursuant to which Green and Green Bank, N.A. will merge with and into Veritex and Veritex Community Bank, respectively.

The transaction will create a leading Texas community bank, with 43 branches across Texas, ranking as the tenth largest Texas-based banking institution by deposit market share. The combined franchise would have approximately $7.5 billion in assets, $5.6 billion in loans and $5.9 billion in deposits, based on the companies' balance sheets as of June 30, 2018.

Veritex Chairman and Chief Executive Officer C. Malcolm Holland stated, "The merger with Green represents a tremendous financial and strategic opportunity for Veritex. In addition to producing significant accretion to EPS and improvements to virtually all of our key operating metrics, this merger results in a top 10 Texas-based community bank with virtually all of its franchise in the attractive MSAs of Dallas-Fort Worth and Houston. We are delighted to welcome Green's stakeholders to Veritex, including a number of key members of Green leadership into executive positions in our combined franchise."

Manny Mehos, Chairman and Chief Executive Officer of Green, said, "The merger of Green and Veritex creates a uniquely focused Dallas/Fort Worth and Houston franchise. We believe this is the best possible combination for our shareholders, colleagues, and clients. I am thrilled to join the Board of this combined organization and work with Malcolm, Terry, Geoff, and the rest of the management team."

Under the terms of the merger agreement, upon completion of the merger, shareholders of Green will receive 0.79 shares of Veritex common stock for each share of Green common stock, valuing the transaction at approximately $1.0 billion, or $25.89 per Green share, based on the closing share price of Veritex of $32.77 on July 23, 2018. Legacy Veritex and Green shareholders will collectively own approximately 45% and 55% of the combined company, respectively.

Upon completion of the merger, C. Malcolm Holland, current Chairman and Chief Executive Officer of Veritex, will continue to serve as Chairman and Chief Executive Officer of the combined company. Terry Earley, current Chief Financial Officer of Green, will serve as Chief Financial Officer of the combined company, and Geoffrey Greenwade, current President of Green, will serve as the Houston President of the combined company. The board of directors of the combined company will consist of nine members, six from Veritex's current board of directors and three from Green's current board of directors.

Veritex expects this acquisition to be approximately 25% accretive to earnings per common share, excluding one-time charges. The transaction is expected to produce approximately 12.0% tangible book value per share dilution at closing with an earnback period of approximately 2.8 years.

The merger agreement has been unanimously approved by the board of directors of both Veritex and Green. The merger agreement contains customary representations and warranties and covenants by Veritex and Green. Closing is subject to customary

approvals by regulatory authorities and the shareholders of both Veritex and Green, and is expected to occur in the first quarter of 2019.

Stephens Inc. served as financial advisor to Veritex and Keefe, Bruyette & Woods, A Stifel Company, provided a fairness opinion to Veritex. Covington & Burling LLP served as Veritex's legal advisor. Goldman Sachs & Co. served as financial advisor to Green. Skadden, Arps, Slate, Meagher & Flom LLP served as Green's legal advisor.

## Insiders' Interests in the Proposed Transaction

40.     Green insiders are the primary beneficiaries of the Proposed Transaction, not the Company's public stockholders.  The Board and the Company's executive officers are conflicted because they will have secured unique benefits for themselves from the Proposed Transaction not available to Plaintiff and Green's public stockholders.

41.     Notably, as inducement for the parties to enter into the Merger Agreement, the Company's Chief Financial Officer ("CFO") Terry Earley, Greenwade and Donald Perschbacher have entered into employment agreements with Veritex to be effective upon closing, and defendant Mehos has entered into a separation agreement with Veritex to be effective upon closing.  Earley will be the CFO of the combined company.  Defendant Mehos' employment with Green will terminate and defendant Mehos will be appointed to serve as a member of the Veritex board of directors.  In connection with defendant Mehos' termination of employment with Green, and assuming a closing occurring on August 27, 2018, defendant Mehos would be entitled to receive: (i) an amount equal to approximately $1,640,625 in severance payment; (ii) a prorated bonus equal to approximately $183,390; (iii) a medical, dental and vision coverage payment equal to approximately $22,376; and (iv) $25,000 for outplacement services.

42.     Further, Company insiders stand to reap substantial financial benefits for securing the deal with Veritex.  According to the Registration Statement, all unvested stock options and restricted share awards held by the Company's executive officers will become vested at the

effective time.   The following tables set forth the value of the equity awards the Company's directors and executive officers stand to receive in connection with accelerated vesting of their unvested stock options and restricted stock:

| | Shares Underlying Unvested Green Options (#)(1) | Total Shares Underlying Green Options (#) | Weighted Average Option Exercise Price of Green Options | | Total Shares Underlying Adjusted Stock Options (#) | Weighted Average Exercise Price of Adjusted Stock Options | |
|---|---|---|---|---|---|---|---|
| **Executive Officers** | | | | | | | |
| Manuel Mehos | 175,837 | 345,033 | $ | 8.17 | 272,576 | $ | 10.34 |
| Terry Earley | 70,000 | 70,000 | $ | 17.30 | 55,300 | $ | 21.90 |
| Geoff Greenwade | 125,598 | 293,125 | $ | 8.25 | 231,569 | $ | 10.45 |
| Donald Perschbacher | 34,420 | 72,789 | $ | 9.99 | 57,503 | $ | 12.64 |
| | | | | | | | |
| **Non-Employee Directors** | | | | | | | |
| William (Don) Ellis | — | — | | — | — | | — |
| Stephen Eisenstein | — | — | | — | — | | — |
| Steven Lerner | 5,664 | 11,748 | $ | 8.17 | 9,281 | $ | 10.34 |
| Scott Schaen | — | — | | — | — | | — |
| Stephanie Shelley | 5,664 | 11,748 | $ | 8.17 | 9,281 | $ | 10.34 |
| Alan Silberstein | 5,664 | 11,748 | $ | 8.17 | 9,281 | $ | 10.34 |
| Robert B.B. Smith | 5,664 | 11,748 | $ | 8.17 | 9,281 | $ | 10.34 |
| Derek Weiss | — | — | | — | — | | — |
| Cas A. Schneller | — | — | | — | — | | — |

(1)    Represents the number of shares underlying unvested Green stock options as of August 23, 2018, some of which may become vested on their terms prior to the effective date.

| | Shares Underlying Green RSU Awards (#)(1) | Shares of Veritex Common Stock to be Issued in Exchange for the Green RSU Awards (#) |
|---|---|---|
| **Executive Officers** | | |
| Manuel Mehos | 166,684 | 131,680 |
| Terry Earley | 10,000 | 7,900 |
| Geoff Greenwade | 131,381 | 103,791 |
| Donald Perschbacher | 71,729 | 56,666 |
| | | |
| **Non-Employee Directors** | | |
| William (Don) Ellis | — | — |
| Stephen Eisenstein | — | — |
| Steven Lerner | 11,505 | 9,089 |
| Scott Schaen | — | — |
| Stephanie Shelley | 11,505 | 9,089 |
| Alan Silberstein | 11,505 | 9,089 |
| Robert B.B. Smith | 11,505 | 9,089 |
| Derek Weiss | — | — |
| Cas A. Schneller | — | — |

(1)    Represents the number of shares underlying unvested Green RSU awards as of August 23, 2018, some of which may become vested on their terms prior to the effective date. There are no vested Green RSU awards as of August 23, 2018.

**The Registration Statement Contains Material Misstatements and Omissions**

43.     The defendants filed a materially incomplete and misleading Registration Statement with the SEC and disseminated it to Green's stockholders.  The Registration Statement misrepresents or omits material information that is necessary for the Company's stockholders to make an informed voting decision in connection with the Proposed Transaction.

44.     Specifically, as set forth below, the Registration Statement fails to provide Company stockholders with material information or provides them with materially misleading information concerning: (i) the Company's and Veritex's financial projections, relied upon by Green's financial advisor, Goldman, in its financial analyses; and (ii) the valuation analyses prepared by Goldman in connection with the rendering of its fairness opinion.  Accordingly, Green stockholders are being asked to make a voting decision in connection with the Proposed Transaction without all material information at their disposal.

***Material Omissions Concerning Green's and Veritex's Financial Projections***

45.     The Registration Statement omits material information regarding the Company's and Veritex's financial projections relied upon by Goldman for its analyses.

46.     For example, the Registration Statement sets forth that in connection with its opinion, Goldman reviewed and considered, among other things:

- certain internal financial analyses and forecasts for Veritex prepared by its management, certain internal financial analyses and forecasts for Green on a stand-alone basis prepared by its management and certain financial analyses and forecasts for Veritex on a pro forma basis giving effect to the proposed merger transactions prepared by the management of Veritex, in each case as approved for Goldman Sachs' use by Green, which we refer to in this section as the forecasts, including certain operating synergies projected by the management of Green to result from the proposed merger transactions, as approved for Goldman Sachs' use by Green, which we refer to in this section as the synergies.

Registration Statement at 76.

14

47.     The Registration Statement further sets forth:

*Illustrative Discounted Dividend Analyses for Green on a Stand-Alone Basis*

Using the forecasts, Goldman Sachs performed an illustrative discounted dividend analysis for Green on a stand-alone basis, to derive a range of illustrative present values per share of the Green common stock on a stand-alone basis.

Using discount rates ranging from 9.5% to 11.5%, reflecting estimates of the cost of equity for Green on a stand-alone basis, Goldman Sachs derived a range of illustrative equity values for Green on a stand-alone basis by discounting to present value as of June 30, 2018, (a) ***distributions to Green's shareholders over the period beginning June 30, 2018 through December 31, 2023 based on the forecasts*** and applying a total risk-based capital assumption of 12.5%, as directed by Green management, and (b) a range of illustrative terminal values for Green as of December 31, 2024, calculated by applying illustrative price to EPS multiples ranging from 12.4x to 14.3x (reflecting implied net income perpetuity growth rates ranging from 3.3% to 5.9%) to the estimate of Green's terminal year net income on a stand-alone basis, as reflected in the forecasts. Goldman Sachs derived the range of discount rates by application of the capital asset pricing model, which requires certain company-specific inputs, including a beta for the company, as well as certain financial metrics for the United States financial markets generally. To derive illustrative terminal values for Green, Goldman Sachs applied illustrative price to EPS multiples based on its professional judgment and experience and the multiples it calculated as described above under "—Selected Companies Analyses for Green."

Goldman Sachs divided the range of illustrative equity values it derived for Green by the total number of fully diluted shares of Green common stock outstanding as provided by Green management to derive illustrative present values per share of Green common stock on a stand-alone basis ranging from $29.99 to $36.40 based on the forecasts.

\* \* \*

*Illustrative Discounted Dividend Analyses for Veritex on a Stand-Alone Basis*

Using the forecasts, Goldman Sachs performed illustrative discounted dividend analyses for Veritex on a stand-alone basis, to derive a range of illustrative present values per share of Veritex common stock on a stand-alone basis.

Using discount rates ranging from 8.5% to 10.5%, reflecting estimates of the cost of equity for Veritex on a stand-alone basis, Goldman Sachs derived a range of illustrative equity values for Veritex on a stand-alone basis by discounting to present value as of June 30, 2018, (a) ***estimated distributions to Veritex shareholders over the period beginning June 30, 2018 through December 31, 2023, on a stand-alone basis, based on the forecasts*** and applying a total risk-

based capital assumption of 12.5%, as directed by Green management, and (b) a range of illustrative terminal values for Veritex on a stand-alone basis as of December 31, 2024, calculated by applying illustrative price to EPS multiples ranging from 14.3x to 15.6x (reflecting implied net income perpetuity growth rates ranging from 3.4% to 5.7%) to the estimate of Veritex's terminal year net income on a standalone basis, as reflected in the forecasts. Goldman Sachs derived the range of discount rates by application of the capital asset pricing model, which requires certain company-specific inputs, including a beta for the company, as well as certain financial metrics for the United States financial markets generally. To derive illustrative terminal values for Veritex on a stand-alone basis, Goldman Sachs applied illustrative price to EPS multiples based on its professional judgment and experience, the multiples it calculated for the selected companies as described above under "—Selected Companies Analyses for Green" and the multiples it calculated for Veritex on a stand-alone basis as set forth above under "—Selected Companies Analyses for Veritex on a Stand-Alone Basis."

\* \* \*

*Illustrative Discounted Dividend Analyses for Veritex on a Pro Forma Basis*

Using the forecasts, Goldman Sachs performed illustrative discounted dividend analysis for Veritex on a pro forma basis giving effect to the proposed merger transactions. Using discount rates ranging from 9.0% to 11.0%, reflecting estimates of the cost of equity for Veritex on a pro forma basis giving effect to the proposed merger transactions, Goldman Sachs derived a range of illustrative equity values for Veritex on a pro forma basis by discounting to present value as of June 30, 2018, (a) *estimated cash infusions and distributions to Veritex's shareholders on a pro forma basis from December 31, 2018 through December 31, 2023 as reflected in the forecasts taking into account the synergies*, and (b) a range of illustrative terminal values for Veritex on a pro forma basis as of December 31, 2024, calculated by applying illustrative price to EPS multiples ranging from 13.3x to 15.3x (reflecting implied net income perpetuity growth rates ranging from 3.3% to 6.1%) to the estimate of Veritex's terminal year net income on a pro forma basis, as reflected in the forecasts and *taking into account the synergies*. Goldman Sachs derived the range of discount rates by application of the capital asset pricing model, which requires certain company-specific inputs, including a beta for the company, as well as certain financial metrics for the United States financial markets generally. The illustrative price to EPS multiples used in the foregoing analysis ranged from 1.0x less to 1.0x more than the median Price/NTM Period EPS multiple calculated by Goldman Sachs as set forth above under "—Selected Companies Analyses for Green" and were selected by Goldman Sachs based on its professional judgment and experience.

*Id.* at 82-84, 86.  Emphasis added.

48.    However, the Registration Statement fails to disclose: (i) distributions to Green's

shareholders over the period beginning June 30, 2018 through December 31, 2023 based on the

forecasts; (ii) estimated distributions to Veritex shareholders over the period beginning June 30, 2018 through December 31, 2023, on a stand-alone basis; (iii) estimated cash infusions and distributions to Veritex's shareholders on a pro forma basis from December 31, 2018 through December 31, 2023 as reflected in the forecasts taking into account the synergies; and (iv) certain operating synergies projected by the management of Green to result from the proposed merger transactions.

49.     The omission of this material information renders the Registration Statement false and misleading, including, *inter alia*, the following sections of the Registration Statement: "Opinion of Goldman Sachs & Co. LLC" and "Certain Unaudited Financial Projections Utilized by Green's Financial Advisor."

**Material Omissions Concerning Goldman's Financial Analyses**

50.     The Registration Statement describes Goldman's fairness opinion and the various valuation analyses it performed in support of its opinion.  However, the description of Goldman's fairness opinion and analyses fails to include key inputs and assumptions underlying these analyses.  Without this information, as described below, Green's public stockholders are unable to fully understand these analyses and, thus, are unable to determine what weight, if any, to place on Goldman's fairness opinion in determining whether to vote in favor of the Proposed Transaction. This omitted information, if disclosed, would significantly alter the total mix of information available to Green's stockholders.

51.     With respect to Goldman's *Illustrative Discounted Dividend Analyses for Green on a Stand-Alone Basis*, the Registration Statement fails to disclose: (i) distributions to Green's shareholders over the period beginning June 30, 2018 through December 31, 2023; and (ii) quantification of the inputs used to derive the discount rates ranging from 9.5% to 11.5%.

52.     With respect to Goldman's *Illustrative Discounted Dividend Analyses for Veritex on a Stand-Alone Basis*, the Registration Statement fails to disclose: (i) estimated distributions to Veritex shareholders over the period beginning June 30, 2018 through December 31, 2023, on a stand-alone basis; and (ii) quantification of the inputs used to derive the discount rates ranging from 8.5% to 10.5%.

53.     With respect to Goldman's *Illustrative Discounted Dividend Analyses for Veritex on a Pro Forma Basis*, the Registration Statement fails to disclose: (i) estimated cash infusions and distributions to Veritex's shareholders on a pro forma basis from December 31, 2018 through December 31, 2023 as reflected in the forecasts taking into account the synergies; (ii) Veritex's terminal year net income on a pro forma basis, as reflected in the forecasts and taking into account the synergies; and (iii) quantification of the inputs used to derive the discount rates ranging from 9.0% to 11.0%.

54.     With respect to Goldman's *Illustrative Present Value of Future Stock Price Analyses for Veritex on a Pro Forma Basis*, the Registration Statement fails to disclose: (i) the estimates of the EPS of Veritex on a pro forma basis for 2020 and 2021, based on the forecasts, taking into account the synergies; and (ii) the estimated dividends to be paid per share of Veritex common stock on a pro forma basis through the end of the applicable year.

55.     When a banker's endorsement of the fairness of a transaction is touted to shareholders, the valuation methods used to arrive at that opinion as well as the key inputs and range of ultimate values generated by those analyses must also be fairly disclosed.  Moreover, the disclosure of projected financial information is material because it provides stockholders with a basis to project the future financial performance of a company, and allows stockholders to better

understand the financial analyses performed by the company's financial advisor in support of its fairness opinion.

56.     The omission of this information renders the Registration Statement false and misleading, including, *inter alia*, the following sections of the Registration Statement: "Opinion of Goldman Sachs & Co. LLC" and "Certain Unaudited Financial Projections Utilized by Green's Financial Advisor."

57.     The Individual Defendants were aware of their duty to disclose the above-referenced omitted information and acted negligently (if not deliberately) in failing to include this information in the Registration Statement.  Absent disclosure of the foregoing material information prior to the stockholder vote on the Proposed Transaction, Plaintiff and the other members of the Class will be unable to make a fully-informed voting decision in connection with the Proposed Transaction and are thus threatened with irreparable harm warranting the injunctive relief sought herein.

## CLAIMS FOR RELIEF

### COUNT I

**Class Claims Against All Defendants for Violations of Section 14(a) of the Exchange Act
And SEC Rule 14a-9 Promulgated Thereunder**

58.     Plaintiff repeats all previous allegations as if set forth in full.

59.     During the relevant period, defendants disseminated the false and misleading Registration Statement specified above, which failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading in violation of Section 14(a) of the Exchange Act and SEC Rule 14a-9 promulgated thereunder.

60.     By virtue of their positions within the Company, the defendants were aware of this

information and of their duty to disclose this information in the Registration Statement.  The Registration Statement was prepared, reviewed, and/or disseminated by the defendants.  The Registration Statement misrepresented and/or omitted material facts, including material information about (i) the Company's and Veritex's financial projections, relied upon by Green's financial advisor, Goldman, in its financial analyses; and (ii) the valuation analyses prepared by Goldman in connection with the rendering of its fairness opinion.  The defendants were at least negligent in filing the Registration Statement with these materially false and misleading statements.

61.     The omissions and false and misleading statements in the Registration Statement are material in that a reasonable stockholder would consider them important in deciding how to vote on the Proposed Transaction.  In addition, a reasonable investor would view a full and accurate disclosure as significantly altering the "total mix" of information made available in the Registration Statement and in other information reasonably available to stockholders.

62.     By reason of the foregoing, the defendants have violated Section 14(a) of the Exchange Act and SEC Rule 14a-9(a) promulgated thereunder.

63.     Because of the false and misleading statements in the Registration Statement, Plaintiff and the Class are threatened with irreparable harm, rendering money damages inadequate. Therefore, injunctive relief is appropriate to ensure defendants' misconduct is corrected.

## COUNT II

### Class Claims Against the Individual Defendants for
### Violations of Section 20(a) of the Exchange Act

64.     Plaintiff repeats all previous allegations as if set forth in full.

65.     The Individual Defendants acted as controlling persons of Green within the meaning of Section 20(a) of the Exchange Act as alleged herein.  By virtue of their positions as

officers or directors of Green and participation in or awareness of the Company's operations or intimate knowledge of the statements contained in the Registration Statement filed with the SEC, they had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading.

66.     Each of the Individual Defendants was provided with or had unlimited access to copies of the Registration Statement and other statements alleged by Plaintiff to be misleading prior to or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

67.     In particular, each of the Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company, and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.   The Registration Statement at issue contains the unanimous recommendation of each of the Individual Defendants to approve the Proposed Transaction.   They were, thus, directly involved in the making of this document.

68.     In addition, as the Registration Statement sets forth at length, and as described herein, the Individual Defendants were each involved in negotiating, reviewing, and approving the Proposed Transaction.   The Registration Statement purports to describe the various issues and information that they reviewed and considered — descriptions which had input from the Individual Defendants.

69.     By virtue of the foregoing, the Individual Defendants have violated Section 20(a) of the Exchange Act.

70.     Plaintiff and the Class have no adequate remedy at law.  Only through the exercise of this Court's equitable powers can Plaintiff and the Class be fully protected from the immediate and irreparable injury that defendants' actions threaten to inflict.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment and preliminary and permanent relief, including injunctive relief, in his favor on behalf of Green, and against defendants, as follows:

A.     Ordering that this action may be maintained as a class action and certifying Plaintiff as the Class representative and Plaintiff's counsel as Class counsel;

B.     Preliminarily and permanently enjoining defendants and all persons acting in concert with them from proceeding with, consummating, or closing the Proposed Transaction and any vote on the Proposed Transaction, unless and until defendants disclose and disseminate the material information identified above to Green stockholders;

C.     In the event defendants consummate the Proposed Transaction, rescinding it and setting it aside or awarding rescissory damages to Plaintiff and the Class;

D.     Awarding Plaintiff the costs of this action, including reasonable allowance for Plaintiff's attorneys' and experts' fees; and

E.     Granting such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff demands a trial by jury on all claims and issues so triable.

Dated: September 25, 2018

/s/ William B. Federman
William B. Federman, SDTX Bar #21540
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
-and-
2926 Maple Ave., Suite 200
Dallas, TX 75201
Telephone:    (405) 235-1560
Facsimile:    (405) 239-2112
Email:  wbf@federmanlaw.com

*Lead Counsel for Plaintiff*

**OF COUNSEL:**

**WEISSLAW LLP**
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned certifies as follows:

1.      I have reviewed the complaint in this matter against Green Bancorp, Inc. ("Green") and others and authorized the filing thereof.

2.      I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in any private action.

3.      I am willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.      My transactions in Green securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

5.      I have not sought to serve or served as a class representative under the federal securities laws in the last three years, other than as listed below (if any):


6.      I will not accept any payment for serving as a representative party beyond the undersigned's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I hereby certify, under penalty of perjury, that the foregoing is true and correct.

*stephen bushansky*
stephen bushansky (Sep 21, 2018)
Stephen Bushansky

| Transaction<br>(Purchase or Sale) | Trade Date | Quantity | Price per Share |
|---|---|---|---|
| Purchase | 08/09/2014 | 100 | $15.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |