UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN BUSHANSKY, On Behalf of Himself and All Those Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GREEN BANCORP, INC., MANUEL J. MEHOS, WILLIAM D. ELLIS, STEPHEN EISENSTEIN, STEVEN D. LERNER, SCOTT SCHAEN, STEFANIE L. SHELLEY, ALAN M. SILBERSTEIN, ROBERT B.B. SMITH, and DEREK L. WEISS,<br><br>　　　　　　　　　　　Defendants. | Case No. 4:18-cv-03430 |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice, and without prejudice as to the claims of the putative class. Because this notice of dismissal is being filed before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: January 8, 2019

**FEDERMAN & SHERWOOD**

By  /s/ William B. Federman
　　William B. Federman, SDTX Bar #21540
　　FEDERMAN & SHERWOOD
　　10205 N. Pennsylvania Avenue
　　Oklahoma City, Oklahoma 73120
　　-and-
　　2926 Maple Ave., Suite 200
　　Dallas, Texas 75201
　　Tel: (405) 235-1560; Fax: (405) 235-1560
　　wbf@federmanlaw.com

　　*Attorneys for Plaintiff*

**OF COUNSEL:**

**WEISSLAW LLP**
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010