United States District Court
Southern District of Texas
**ENTERED**
January 09, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEPHEN BUSHANSKY, § § § Plaintiff, § VS. § CIVIL ACTION NO. 4:18-CV-03430 § GREEN BANCORP, INC., *et al*, § § § Defendants. § | |

### ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (Dkt. No. 5).

Accordingly, it is Ordered that this case is dismissed without prejudice.

It is so ORDERED.

SIGNED on this 9th day of January, 2019.

_____
Kenneth M. Hoyt
United States District Judge